FILED
2007 OCT -5 PM 3: 22

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate Case No. '07 MJ 2386 |
| ) | |
| V. ) | COMPLAINT FOR VIOLATION |
| ) | |
| ) | 21 U.S.C. 841(a)(1); |
| Martin ORTIZ-Wense ) | Possession with Intent to Distribute a |
| ) | Controlled Substance, to Wit: |
| ) | 50 Grams or More of a Mixture or |
| ) | Substance Containing a Detectable Amount of |
| _____ ) | Methamphetamine |

The undersigned complainant being duly sworn states:

That on or about October 4, 2007, within the Southern District of California, defendant Martin ORTIZ-Wense did knowingly possess with intent to distribute approximately 280 grams of methamphetamine, a Schedule II Controlled Substances; in violation of Title 21, United States Code, Section 841(a)(1).

And the complainant states that this complaint is based on the attached Affidavit, which is incorporated herein by reference.

Robert Prouty
Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence, October 5, 2007.

United States Magistrate Judge

Probable Cause Statement

I, Robert Prouty, being duly sworn, state:

On October 4, 2007, a DEA confidential source (hereinafter referred to as CS), at the direction of DEA agents, met with Ruben NAVARRO-Maldonado to discuss the purchase of one pound of methamphetamine. During the course of negotiation NAVARRO told the CS that he (NAVARRO) was waiting for his "guy" to bring him some "stuff" (methamphetamine). Agents continued surveillance of NAVARRO throughout the day. Later that day, NAVARRO met with an a male later identified as Martin ORTIZ-Wense who delivered methamphetamine to NAVARRO. Immediately after meeting with ORTIZ, NAVARRO contacted the CS indicating to the CS that he (NAVARRO) had 10 ounces of methamphetamine for the CS. At the direction of Agents, the CS met with NAVARRO to look at the methamphetamine and observed the methamphetamine. After observing the methamphetamine the CS contacted Agents and NAVARRO was subsequently arrested.

After the above described incident, ORTIZ was arrested. During a consent search of ORTIZ's home, Agents recovered methamphetamine, a digital scale and U.S. Currency inside his residence.

THESE SUBSTANCES FIELD TESTED POSITIVE FOR THE PRESENCE OF METHAMPHETAMINE

DATED: October 5, 2007.

Robert P. Prouty
Special Agent
Drug Enforcement Administration