| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | CAROLINE P. HAN |
| | Assistant United States Attorney |
| 3 | California State Bar No. 250301 |
| 4 | United States Attorney's Office |
| | 880 Front Street, Room 6293 |
| 5 | San Diego, California 92101-8893 |
| | Telephone: (619) 557-5610 |
| 6 | Facsimile:  (619) 235-2757 |
| | Email: caroline.han@usdoj.gov |
| 7 | |
| | Attorneys for Plaintiff |
| 8 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07-CR-2883-JAH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| v. | ) | |
| | ) | |
| RUBEN NAVARRO-MALDONADO, | ) | |
| MARTIN ORTIZ-WENSE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

Name

None.

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2 | <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3 | "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4 | association):

<u>Name</u>

None.

Please call me at the above-listed number if you have any questions about this notice.

DATED: October 31, 2007.

                                           Respectfully submitted,

                                           KAREN P. HEWITT
                                           United States Attorney

                                           /s/ *Caroline P. Han*

                                           CAROLINE P. HAN
                                           Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07-CR-2883-JAH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| RUBEN NAVARRO-MALDONADO, | ) | |
| MARTIN ORTIZ-WENSE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Caroline Han, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated October 31, 2007, and this Certificate of Service, dated October 31, 2007, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Timothy R Garrison**
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101-5008
(619)234-8467
Fax: (619)687-2666
Email: Timothy_Garrison@fd.org
*Attorney for defendant Navarro-Maldonado*

1 | **Daniel Casillas**
2 | Law Office of Daniel Casillas
3 | 101 West Broadway
4 | Suite 1950
5 | San Diego, CA 92101
6 | (619)237-3777
7 | Fax: (619)238-9914
8 | Email: dcesq1@sbcglobal.net
9 | *Attorney for defendant Ortiz-Wense*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 31, 2007.

/s/ *Caroline P. Han*

CAROLINE P. HAN

Assistant United States Attorney

Notice of Appearance
United States v. Navarro-Maldonado et al.     4                                    07-CR-2883-JAH