1 | DANIEL CASILLAS, ESQ., SBN 110298
Attorney at Law
2 | 101 West Broadway, Suite 1950
San Diego, California 92101
3 | Tel:  (619) 237-3777
Fax: (619) 238-9914
4 | Email: dcesq1@sbcglobal.net

5 | Attorney for Defendant

6

7

8 | **UNITED STATES DISTRICT COURT**

9 | **SOUTHERN DISTRICT OF CALIFORNIA**

10 | **(HONORABLE JOHN A. HOUSTON)**

11 | UNITED STATES OF AMERICA,          Criminal Case No. 07CR2883-JAH

12 |                          Plaintiff,    DATE:   December 3, 2007
                                        TIME:    8:30 a.m.
13 | vs.
                                        **NOTICE OF MOTIONS AND MOTIONS:**
14
                                        **1.  COMPEL DISCOVERY**
15 | MARTIN ORTIZ-WENSE,                 **2.  FILE FURTHER MOTIONS**

16 |                          Defendant.

17

18 | TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY, AND CAROLINE HAN,

19 |        ASSISTANT UNITED STATES ATTORNEY.

20 |        Please take notice that on the above date and time, or as soon thereafter as counsel may be

21 | heard, defendant MARTIN ORTIZ-WENSE, by and through his counsel, Daniel Casillas, shall bring

22 | the above-entitled motions.

23 |                                   **MOTIONS**

24 |        Mr. Ortiz-Wense, by and through his counsel, Daniel Casillas, and pursuant to Rules 12 and

25 | 16 of the Federal Rules of Criminal Procedure, and the Fourth, Fifth, and Sixth Amendments of the

26 | United States Constitution, and all other applicable statutes and local rules hereby move this Court

27 | to grant the above-entitled motions.

28 |        These motions are based upon the instant motions, notice of motions, the statement of facts,

07CR2883-JAH

1  and the memorandum of points and authorities, the files and records in the above-entitled case, and

2  any and all other evidence that may come to this Court's attention prior to or at the time of the

3  hearing on these motions.

4  Dated: November 17, 2007

Respectfully submitted,

 *s/DANIEL CASILLAS*
DANIEL CASILLAS
Attorney for Defendant
MARTIN ORTIZ-WENSE

07CR2883-JAH