DANIEL CASILLAS, ESQ., SBN 110298
Attorney at Law
101 West Broadway, Suite 1950
San Diego, California 92101
Tel: (619) 237-3777
Fax: (619) 238-9914
Email: dcesq1@sbcglobal.net

Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>MARTIN ORTIZ-WENSE,<br><br>　　　　　　　　　　　　Defendant. | Criminal Case No. 07CR2883-JAH<br><br>DATE:　March 10, 2008<br>TIME:　8:30 a.m.<br><br>**NOTICE OF MOTIONS AND MOTIONS:**<br><br>**1. TO SEVER DEFENDANTS**<br>**2. TO SUPPRESS STATEMENTS** |

TO:　KAREN P. HEWITT, UNITED STATES ATTORNEY, AND CAROLINE HAN,

　　　ASSISTANT UNITED STATES ATTORNEY.

　　　Please take notice that on the above date and time, or as soon thereafter as counsel may be heard, defendant MARTIN ORTIZ-WENSE, by and through his counsel, Daniel Casillas, shall bring the above-entitled motions.

**MOTIONS**

　　　Mr. Ortiz-Wense, by and through his counsel, Daniel Casillas, and pursuant to Rules 12 and 16 of the Federal Rules of Criminal Procedure, and the Fourth, Fifth, and Sixth Amendments of the United States Constitution, and all other applicable statutes and local rules hereby move this Court to grant the above-entitled motions.

　　　These motions are based upon the instant motions, notice of motions, the statement of facts,

and the memorandum of points and authorities, the files and records in the above-entitled case, and any and all other evidence that may come to this Court's attention prior to or at the time of the hearing on these motions.

Dated: February 25, 2008

Respectfully submitted,

 *s/DANIEL CASILLAS*
DANIEL CASILLAS
Attorney for Defendant
MARTIN ORTIZ-WENSE