Linda A. King, Esq.  SBN. 087138
LAW OFFICES OF LINDA A. KING & ASSOCIATES
2044 First Avenue, Suite 200
San Diego, California 92101-2079
Telephone: (619) 233-8034
Fax: (619) 233-4516

Attorney for Material Witness

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

**(Honorable Judge Houston)**

| | |
|---|---|
| UNITED STATES OF AMERICA; ) | Criminal Case No. 07CR2883-JAH |
| ) | Magistrate Case No. 07MJ2385-LSP |
| Plaintiff, ) | **MOTION FOR MATERIAL** |
| ) | **WITNESS' VIDEOTAPED** |
| vs. ) | **DEPOSITION** |
| ) | |
| ABEL CORRALES-SANCHEZ, ) | DATE: September 19, 2008 |
| ) | TIME: 9:00 am |
| Defendant. ) | HON:   John A. Houston |
| ) | |

TO UNITED STATES ATTORNEY KAREN P. HEWITT OR HER REPRESSENTATIVE, TO ATTORNEY, FEDERAL DEFENDERS FOR DEFENDANT (name of defendant): NOTICE IS HEREBY GIVEN that on September 19, 2008    at 9:00 am, or as soon thereafter as the matter may be heard, in the courtroom of Honorable Houston of this court, located at 940 Front Street, San Diego,  California 92101, Material Witness Abel Corrales-Sanchez by and through their attorney of record,  Linda A. King, will move the court for an order authorizing the videotaped deposition of the material witness.

The motion will be made on the ground that there is good cause for the order requested in that the material witnesses know of no sureties in this country who will bond them out of US Marshall's Custody

1
**MOTION FOR  MATERIAL WITNESS'S VIDEOTAPED DEPOSITION**

during the pendency of this matter. Neither the interests of justice nor the convenience of the parties and witnesses will be served by requiring the material witness to remain in Marshall's Custody until the matter is concluded.

Date: September 12, 2008

          S/Linda A. King _____
          Linda A. King
          Attorney for Material Witness